UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| J.W., a Minor, By and Through Her Parents and Next Friends Delonia Williams and Dulce Mendez; and DELONIA WILLIAMS, Individually; and DULCE MENDEZ, Individually,<br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES OF AMERICA; BAYLOR SCOTT & WHITE HEALTH; HILLCREST BAPTIST MEDICAL CENTER d/b/a Baylor Scott & White Medical Center – Hillcrest,<br>    *Defendants*. | No. 6-22-cv-00368-ADA-JCM |

**DEFENDANT UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND**

Defendant United States of America respectfully requests that the Court enter the attached proposed order extending the time to answer, plead or otherwise respond by 30 days.

This case is a complex medical malpractice action that was recently transferred to this Court from the U.S. District Court for the Northern District of Texas, Fort Worth Division. Plaintiffs' Complaint was served upon the U.S. Attorney's Office for the Northern District of Texas on February 25, 2022. Plaintiffs filed their First Amended Complaint on April 4, 2022. ECF No. 12. The case was transferred to this Court in an Order entered on April 14, 2022. ECF No. 18. The United States' responsive pleading is currently due on April 26, 2022. Fed. R. Civ. P. 12(a)(2), 15(a)(3).

In light of the recent transfer of this case, representation of the United States has been transferred from the U.S. Attorney's Office for the Northern District of Texas to the U.S. Attorney's Office for the Western District of Texas. Good cause exists to extend the United States' deadline

to file a responsive pleading to allow new counsel for the United States sufficient time to review the file and prepare the United States' defenses.

Undersigned counsel has conferred with counsel for all other parties, who have indicated they do not oppose the extension requested by this Motion. This request is not made for improper delay, but to permit the United States sufficient to time to prepare its defenses. This is the first request for extension of any deadline made by the United States in this action.

For the foregoing reasons, the United States respectfully requests that its deadline to file its responsive pleading be extended by 30 days, up to and including May 26, 2022.

Dated: April 19, 2022.                                   Respectfully submitted,

                                ASHLEY C. HOFF
                                UNITED STATES ATTORNEY

By:   /s/ *Robert Green*
        ROBERT D. GREEN
        Texas Bar No. 24087626
        robert.green3@usdoj.gov
        Clayton Diedrichs
        Colorado Bar No. 16833
        clayton.diedrichs@usdoj.gov
        Assistant United States Attorneys
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas  78216
        (210) 384-7362 (phone)
        (210) 384-7312 (fax)
        *Attorneys for Defendant*

## CERTIFICATE OF CONFERENCE

  I certify that on April 15 and 18, 2022, I conferred with counsel for all parties, who indicated they do not oppose the extension requested in the foregoing motion.

                */s/ Robert Green*
                ROBERT D. GREEN
                Assistant United States Attorney